# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD EALEY,<br><br>　　　　　Defendant. | Case No. 1:20-po-00090-SAB<br><br>ORDER DENYING REQUEST FOR WAIVER OF PERSONAL APPEARANCE<br><br>(ECF No. 11) |

On June 15, 2020, a citation was issued as to Defendant Harold Ealey. (ECF No. 1.) Due to a failure to appear at a hearing on June 30, 2020, an arrest warrant was issued on July 7, 2020. (EFC Nos. 6, 7.) On October 21, 2021, a hearing to recall the warrant was held via videoconference. At the October 21, 2021 hearing, Defendant pled not guilty, Defendant's Rule 43 waiver request was denied, and Defendant was ordered to be present at the next hearing. A status conference was set for January 20, 2022 at 10:00 a.m. before the undersigned. On November 10, 2021, Defendant, through counsel, filed a requested waiver of personal appearance pursuant to Federal Rules of Criminal Procedure 43(b)(2) and 43(b)(3). (ECF No. 11.) Given the Court has already denied such request and ordered Defendant to be present at the next hearing scheduled in this matter, the November 10, 2021 filed request shall be denied.

///

///

Accordingly, Defendant's request for a waiver of his personal appearance is HEREBY DENIED. Defendant is required to appear for the January 20, 2022 hearing and may address a waiver of future appearances at that time.

IT IS SO ORDERED.

Dated: **November 12, 2021**

UNITED STATES MAGISTRATE JUDGE